IN THE SUPREME COURT OF THE STATE OF KANSAS


Bar Docket No. 16327

In the Matter of SUSAN ELIZABETH VAN NOTE,
*Respondent*.


ORDER OF DISBARMENT


In 2012, the Disciplinary Administrator initiated an investigation of the respondent Susan Elizabeth Van Note, an attorney admitted to the practice of law in the state of Kansas, after she was charged in Missouri with two counts of murder. That investigation resulted in the Disciplinary Administrator alleging the respondent committed professional misconduct in violation of Kansas Rule of Professional Conduct 8.4 (2020 Kan. S. Ct. R. 394).

On November 21, 2012, this court temporarily suspended respondent's license to practice law during the pendency of the disciplinary proceedings pursuant to Supreme Court Rule 203(b) (2011 Kan. Ct. R. Annot. 280). Respondent's license remains temporarily suspended.

In 2017, a jury acquitted respondent of the murder charges. A wrongful death lawsuit also pending against the respondent was subsequently settled, and the Missouri Supreme Court disbarred the respondent from the practice of law in Missouri.

In a letter signed by the respondent on July 21, 2020, addressed to the Clerk of the Appellate Courts, the respondent voluntarily surrendered her license to practice law in Kansas pursuant to Supreme Court Rule 217(b) (2020 Kan. S. Ct. R. 263).

1

This court finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Susan Elizabeth Van Note be and she is hereby disbarred from the practice of law in Kansas, and her license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Susan Elizabeth Van Note from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2020 Kan. S. Ct. R. 265).

Dated this 26th day of August 2020.